**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER PHILYAW,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **No. 5:25-CV-401-CAR-CHW** |
| | : | |
| **JOHN OR JANE DOE,** | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. § 1983** |
| **Defendants.** | : | **BEFORE THE U.S. MAGISTRATE JUDGE** |

## ORDER

*Pro se* Plaintiff Christopher Shawn Philyaw filed a complaint under 42 U.S.C. § 1983.  ECF No. 1.  Plaintiff seeks leave to proceed *in forma pauperis*.  ECF No. 7. Plaintiff avers that he has $10,000 in cash and "a few grand worth of stocks."  *Id*. at 2. The filing fee required in a § 1983 case is $405.00.   The Court finds that Plaintiff has the financial ability to pay this amount.

Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 7) is **DENIED** and Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to pay the required $405.00 filing fee.   Failure to comply with this Order will result in the dismissal of Plaintiff's action.   Additionally, failure to keep the Court informed of any address change may result in the dismissal of this action.

**SO ORDERED**, this 18th day of March, 2026.


s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

2