IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHRISTOPHER PHILYAW,      :
                              :
        **Plaintiff,**       :
                              :
      **v.**             :     **No. 5:25-CV-401-CAR-CHW**
                              :
**JOHN OR JANE DOE,**      :
                              :
        **Defendants.**   :

## DISMISSAL ORDER

*Pro se* Plaintiff Christopher Shawn Philyaw who is presently confined at Central State Hospital in Milledgeville, Georgia, filed a 42 U.S.C. § 1983 action. ECF No. 1. Plaintiff also filed a motion to proceed *in forma pauperis*. ECF No. 7. On March 18, 2026, Plaintiff's motion to proceed *in forma pauperis* was denied due to Plaintiff's ability to pay the full $405 filing fee and he was ordered to pay the fee within fourteen (14) days. ECF No. 10. Plaintiff was cautioned that failure to comply with an order of the Court can result in the dismissal of his complaint. *Id*. Plaintiff failed to pay the fee.

Therefore, on April 23, 2026, the Court notified Plaintiff that he failed to comply with an Order of the Court. ECF No. 4. Plaintiff was ordered to show cause why this action should not be dismissed for failure to comply with the Court's order. *Id*. The Court informed Plaintiff that this action would be dismissed if he failed to respond or otherwise pay the filing fee as previously ordered. *Id*. Plaintiff was given fourteen (14) days to respond and he failed to do so.

Due to Plaintiff's failure to follow the Court's orders and failure to prosecute this

action, the case is hereby **DISMISSED WITHOUT PREJUDICE**.   *See* Fed. R. Civ. P.

41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (first

citing Fed. R. Civ. P. 41(b); then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d

541, 544 (5th Cir. 1978)) ("The court may dismiss an action *sua sponte* under Rule 41(b)

for failure to prosecute or failure to obey a court order.").

   **SO ORDERED,** this 21st day of May, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

2