IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHRISTOPHER SHAWN PHILYAW,              *

           Plaintiff,                     *

v.                                       Case No. 5:25-cv-00401-CAR-CHW

                                          *

JOHN AND OR JANE DOE,

                                          *

           Defendant.

                                          *

**J U D G M E N T**

Pursuant to this Court's Order dated May 21, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 21st day of May, 2026.

           David W. Bunt, Clerk

           s/ Raven K. Alston, Deputy Clerk